**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | CIVIL ACTION NO. 4:21-cv-1349 |
| Plaintiff, | | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| $11,409.02 SEIZED FROM A COMERICA BANK ACCOUNT ENDING IN 2113, | § § § § § | |
| Defendant. | § | |

**ORDER GRANTING DEFAULT JUDGMENT**

The motion for default judgment by Plaintiff the United States of America is granted.  Dkt 12.

The Government in April 2021 filed a verified complaint for forfeiture *in rem* against $11,409.02 seized from a Comerica Bank account ending in 2113 ("Defendant Property") and alleged to constitute proceeds of a fraudulent loan application in violation of 18 U.S.C. § 1014 and wire fraud in violation of 18 U.S.C. § 1343.  Dkt 1.  The complaint sets forth a sufficient factual and legal basis to establish the forfeiture of the Defendant Property pursuant to 18 U.S.C. § 981(a)(1)(C) as property which constitutes or is derived from proceeds traceable to specified unlawful activity.

The Warrant of Arrest was executed in accordance with Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"). Dkt 7.  Notice of this forfeiture action was served on the account holder, Uddin Investments LLC, through its attorney and was published from April 24, 2021, through May 23, 2021, in accordance with Supplemental Rule G(4).  Dkts 3, 8.

No person or entity has filed a claim or answer or otherwise responded to the complaint. The entry of default was thus deemed appropriate under Rule 55(a) of the Federal Rules of Civil Procedure. Dkt 11. The clerk entered default against Uddin Investments LLC and all other persons and entities with respect to the Defendant Property. Minute Entry of 07/26/2021.

The Government has moved for a default and a final judgment of forfeiture pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Supplemental Rule G. Dkt 12. The Court finds the requested relief is appropriate, given the evidence presented by the Government, the sufficiency of the proceedings, and the failure of any party to assert otherwise. See *United States v $44,860.00 in US Currency*, 2010 WL 157538, *3 (ND Tex).

The motion by Plaintiff the United States of America for default against the $11,409.02 is GRANTED. Dkt 12.

The $11,409.02 seized from Comerica Bank Account x2113 is FORFEITED to the United States of America pursuant to 18 USC § 981(a)(1)(C). All right, title, and interest in said $11,409.02 is vested in the United States of America.

This is a FINAL JUDGMENT

So ORDERED.


Signed on _____, 2021, at Houston, Texas.


                                               _____

Hon. Charles Eskridge
United States District Judge